### James Franklin PIPES, Plaintiff— Appellant,

v.

### CORRECTIONAL MEDICAL SERVICES; Wexford Health Sources, Inc.; Keefe Commissary Network LLC; Darrell V. McGraw, Jr., Attorney General of West Virginia; James Rubenstein, Commissioner; Thomas McBride, Previous Warden; David Ballard, Warden; The Department of Veterans' Affairs, Defendants—Appellees.

### No. 10–6032.

United States Court of Appeals, Fourth Circuit.

Submitted: May 20, 2010.

Decided: May 26, 2010.

James Franklin Pipes, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Franklin Pipes, a West Virginia prisoner, appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Pipes' 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pipes v. Corr. Med. Servs.*, No. 2:09–cv–00921, 2009 WL 4884366 (S.D.W.Va. Dec. 10, 2009). We deny Pipes' motion seeking leave to proceed as a veteran and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*